1
**BOWMAN AND BROOKE LLP**
Paul A. Alarcon (SBN: 275036)
2
    paul.alarcon@bowmanandbrooke.com
Samuel Q. Schleier (SBN: 312449)
3
    sam.schleier@bowmanandbrooke.com
Colton F. Parks (SBN: 322491)
4
    colton.parks@bowmanandbrooke.com
970 West 190th Street, Suite 700
5
Torrance, California 90502
Tel No.:     (310) 768-3068
6
Fax No.:    (310) 719-1019

7
Attorneys for Defendants
Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC
8

9                          **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE**

11

12   Jane Doe LS 91,                              Case No.: 3:23-cv-04368-TSH

13              Plaintiff,                         **STIPULATION AND [PROPOSED] ORDER
                                                   RE: MOTION TO TRANSFER BRIEFING**
14   v.                                            **SCHEDULE, EXTENSION OF TIME FOR
                                                   DEFENDANTS TO BRING A MOTION TO**
15   UBER TECHNOLOGIES, INC., a Delaware           **DISMISS, AND CONTINUANCE OF CASE**
     Corporation; RASIER, LLC, a Delaware Limited  **MANAGEMENT CONFERENCE AND**
16   Liability Company; RASIER-CA, LLC, a          **RELATED DEADLINES**
     Delaware Limited Liability Company, and DOES
17   1 through 50, Inclusive,
                                                   Complaint Filed:      August 24, 2023
18              Defendants.                         Trial Date:           None

19

20                                        **STIPULATION**

21          Pursuant to Civil Local Rule 6-1(a)-(b) and 6-2, Defendants Uber Technologies, Inc., Rasier, LLC,

22   and Rasier-CA, LLC ("Defendants"), and Plaintiff Jane Doe LS 91 ("Plaintiff"), by and through their

23   respective counsel of record, hereby stipulate as follows:

24          WHEREAS, Plaintiff filed her Complaint on August 24, 2023, and Defendants were served on

25   September 11, 2023;

26          WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to

27   respond to the Complaint is October 2, 2023;

28   / / /

                                                    1

1    WHEREAS, the Court ordered the parties to file a Joint Case Management Statement on or

2  before November 30, 2023 and for the parties to appear at a Case Management Conference on

3  December 7, 2023 (Doc. No. 5);

4    WHEREAS, counsel for Plaintiff and Defendants are engaged in active litigation with regard to

5  several matters recently filed in the Northern District of California;

6    WHEREAS, Defendants intend to bring a Motion to Transfer Venue and a Motion to Dismiss in

7  the instant matter;

8    WHEREAS, in order to avoid burdening the Court with unnecessary motions, to promote judicial

9  efficiency, and to provide for the orderly resolution of the case, the parties agree that the Court's resolution

10  of Defendants' Motion to Transfer Venue is a threshold issue that should be decided prior to Defendants'

11  Motion to Dismiss;

12    WHEREAS, the parties agree that Defendants shall file a Motion to Transfer Venue on or before

13  March 1, 2024;

14    WHEREAS, the parties agree that good cause exists for a continuance of the deadline to file a

15  Joint Case Management Statement, any related Case Management Conference to be scheduled by the

16  Court, and any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules

17  (including any deadlines for ADR compliance) to allow the parties to brief and the Court to rule on

18  Defendants' Motion to Transfer Venue and Motion to Dismiss;

19    WHEREAS, the parties agree that if granted, Defendants' Motion to Transfer Venue would result

20  in the matter being transferred to a different United States District Court, which would moot any deadlines

21  in the instant Court. Additionally, should the Court deny Defendants' Motion to Transfer Venue,

22  Defendants intend to bring a Motion to Dismiss Plaintiff's Complaint, which may fully resolve Plaintiff's

23  claims, if granted. The Court's ruling on Defendants' Motion to Dismiss will affect the parties' discussions

24  regarding the scope of discovery and anticipated timeline to prepare the case for trial, and, as a result, it

25  is premature to set case management deadlines until Defendants' Motion to Transfer Venue and, if

26  necessary, Motion to Dismiss are resolved;

27    WHEREAS, the continuances sought by this stipulation will not adversely impact the schedule for

28  this action.

**Stipulation and [Proposed] Order re: Briefing**          *Jane Doe LS 91 v. Uber Technologies, Inc., et al.*
**Schedule and Case Management Conference**                3:23-cv-04368-TSH

1    **NOW, THEREFORE**, the parties hereby stipulate and agree, subject to the approval of the Court

2  that:

3          1.        Defendants shall file a Motion to Transfer Venue on or before March 1, 2024;

4          2.        The deadline for the parties to file a Joint Case Management Statement, currently set for

5  November 30, 2023, and the Initial Case Management Conference, currently set for December 7, 2023,

6  shall be vacated. Should the Court deny Defendants' Motion to Transfer Venue, then within thirty (30)

7  days after the Court issues its ruling, the parties will meet and confer and submit a proposed schedule

8  regarding (1) the briefing schedule for Defendants' Motion to Dismiss, and (2) case management. Any

9  related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any

10  deadlines for ADR compliance) are hereby stayed pending further order of the Court.

11

12  Dated: September 27, 2023                                    **BOWMAN AND BROOKE LLP**

13

14

15                                                             By: */s/ Paul A. Alarcon*
                                                                   Paul A. Alarcon (SBN: 275036)
                                                                   Samuel Q. Schleier (SBN: 312449)
16                                                                 Colton F. Parks (SBN: 322491)
                                                                   970 West 190th Street, Suite 700
17                                                                 Torrance, California 90502
                                                                   Tel: (310) 380-6595
18                                                                 Attorneys for Uber Technologies, Inc.
                                                                   and Rasier, LLC
19

20  Dated: September 27, 2023                                    **LEVIN SIMES LLP**

21                                                             By: */s/ William A. Levin*
                                                                   William A. Levin (SBN 98592)
22                                                                 Laurel L. Simes (SBN 134637)
                                                                   David M. Grimes (SBN 324292)
23                                                                 1700 Montgomery Street, Suite 250
                                                                   San Francisco, California 94111
24                                                                 Tel: (415) 426-3000
                                                                   Attorneys for Plaintiff
25

26

27

28

3

1

**[PROPOSED] ORDER**

2      Pursuant to the Parties' stipulation, the Court hereby orders as follows:

3      1.      Defendants shall file a Motion to Transfer Venue on or before March 1, 2024;

4      2.      The deadline for the parties to file a Joint Case Management Statement, currently set for

5   December 7, 2023, and the Initial Case Management Conference, currently set for November 30, 2023,

6   are vacated. Should the Court deny Defendants' Motion to Transfer Venue, then within thirty (30) days

7   after the Court issues its ruling, the parties will meet and confer and submit a proposed schedule regarding

8   (1) the briefing schedule for Defendants' Motion to Dismiss, and (2) case management. Any related

9   deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any deadlines

10  for ADR compliance) are hereby stayed pending further order of the Court.

11      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13   Dated: _____

14                                                          _____
                                                            Honorable Thomas S. Hixon
15                                                          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1  **FILER'S ATTESTATION**

2       I, Paul A. Alarcon, am the ECF User whose identification and password are being used to file the

3  foregoing **STIPULATION AND [PROPOSED] ORDER RE: MOTION TO TRANSFER**

4  **BRIEFING SCHEDULE, EXTENSION OF TIME FOR DEFENDANTS TO BRING A MOTION**

5  **TO DISMISS, AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND**

6  **RELATED DEADLINES**. Pursuant to L.R. 5-1(h)(3) regarding signatures, I attest that concurrence in

7  the filing of this document has been obtained.

8

9

10  Dated: September 27, 2023                    **BOWMAN AND BROOKE LLP**

11

12                                         By: */s/ Paul A. Alarcon*
                                               Paul A. Alarcon
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023, I electronically transmitted the foregoing **STIPULATION AND [PROPOSED] ORDER RE: MOTION TO TRANSFER BRIEFING SCHEDULE, EXTENSION OF TIME FOR DEFENDANTS TO BRING A MOTION TO DISMISS, AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Louisa Beck*
Louisa Beck

1