UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 91,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-04368-JSW<br><br>**ORDER APPROVING STIPULATION RE BRIEFING SCHEDULE RE MOTION TO TRANSFER VENUE, EXTENSION OF TIME FOR DEFENDANTS TO BRING A MOTION TO DISMISS, AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Re: Dkt. No. 11 |

　　　　Pursuant to the Parties' stipulation, the Court hereby orders as follows:

　　　　1.　　　　Defendants shall file a Motion to Transfer Venue on or before March 1, 2024;

　　　　2.　　　　The deadline for the parties to file a Joint Case Management Statement, currently set for December 8, and the Initial Case Management Conference, currently set for December 15, 2023, are vacated. Should the Court deny Defendants' Motion to Transfer Venue, then within thirty (30) days after the Court issues its ruling, the parties will meet and confer and submit a proposed schedule regarding (1) the briefing schedule for Defendants' Motion to Dismiss, and (2) case management. Any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any deadlines for ADR compliance) are hereby stayed pending further order of the Court.

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge